IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

**VDARE FOUNDATION, INC.**

                                                Case No. 1:22-cv-01337-FJS-CFH

**Plaintiff,**

v.

**LETITIA JAMES, in her official capacity
as Attorney General of New York,**

**Defendants.**
-------------------------------------------------------------------------------X

PLEASE TAKE NOTICE that Frederick C. Kelly, Esq. withdraws his appearance on behalf of

Plaintiff VDARE Foundation, Inc. in the above captioned matter.

Dated: Goshen, New York          Yours, etc.,
       December 21, 2022

                                                 /s/ Frederick C. Kelly
                                                 Frederick C. Kelly, Esq.
                                                 One Harriman Square
                                                 P.O. Box 60
                                                 Goshen, NY 10924
                                                 Ph: (845) 294-7945
                                                 fckellylaw@protonmail.com