The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

January 3, 2023

*Filed via ECF*

The Honorable Christian F. Hummel
United States Magistrate Judge
Northern District of New York
100 Federal Plaza
Albany, New York 11722

    *Re: VDARE Foundation v. Leticia James, No. 1:22-cv-01337 (FCS)(CFH)*

Dear Magistrate Judge Hummel:

    I represent Plaintiff VDARE Foundation in the above-referenced case for which an initial conference is scheduled for March 13, 2023. The Plaintiff's complaint was filed on December 12, 2022, and the Attorney General's response is due January 18, 2023.

    While the date of the scheduled conference may change, I write in an abundance of caution to advise the Court that I am beginning a criminal trial before Judge Garaufis in the Eastern District of New York on March 13, 2023. I expect that I will be engaged in that trial through no later than March 31, 2023.

    My adversary advises me that they have no dates of scheduling conflict to report at this time.

                                          Respectfully submitted,

                                          */s/ Andrew J. Frisch*
                                          Andrew J. Frisch

cc:  AAG Yael Fuchs