UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **VDARE FOUNDATION, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **LETITIA JAMES**, in her official Capacity as Attorney General of New York, <br><br> Defendant. | 22-cv-01337 (FJS-CFH) <br><br> NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that State Defendant Attorney General Letitia James, in her official capacity, moves this Court for an Order under Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure dismissing the claims against her as well any further relief this Court may deem just and proper. The basis for this request is set forth in the accompanying memorandum of law and in Defendant's opposition to Plaintiffs' preliminary injunction motion.

No oral argument is requested at this time. If any claims survive this motion, Defendant respectfully requests 30 days to submit an answer. Defendant reserves the right to file reply papers.

Dated: January 18, 2023
New York, New York

**LETITIA JAMES**

New York State Attorney General
28 Liberty St. New York, NY 10005

By: <u>Yael Fuchs</u>
JAMES SHEEHAN
Assistant Attorney General
YAEL FUCHS
Assistant Attorney General
CATHERINE SUVARI
Assistant Attorney General
RICHARD SAWYER
Special Counsel, Civil Rights Bureau