EXHIBIT F

T 872940

Morgan County
Kimberly Rickles, Clerk
Instrument 872940
12/30/2020 @ 12:36:53 PM
Book 279 @ Page 71
DEED
Pages Recorded 2
Recording Cost $        26.00

71

**THIS DEED** is made on December 29, 2020, by and between **VDARE FOUNDATION**, a New York not-for-profit corporation, ("Grantor") and **BERKELEY CASTLE FOUNDATION, INC.**, a West Virginia corporation, ("Grantee").

**WITNESSETH**, that for and in consideration of the sum of Ten Dollars ($10.00), cash in hand paid, and for other good and valuable consideration, the receipt and sufficiency is hereby acknowledged, Grantor does hereby **GRANT** and **CONVEY** unto Grantee, with covenants of General Warranty, all of their right, title and interest in and to all that certain lot, tract or parcel of land, together with the improvements thereon and the appurtenances thereunto belonging, situate in the Town of Bath, Bath District, Morgan County, West Virginia, and being more particularly described as follows:

A survey of a tract of land on the west side of West Virginia State Route 9, near the Town of Bath, in Bath District, Morgan County, West Virginia, more particularly described as follows:

Beginning at a 5/8 inch iron rod, set, in the west right-of-way line of West Virginia State Route 9, corner to Ward W. Keesecker II (WB 8, Page 3); thence, with said Keesecker, N 51° 34' 21" W., 212.14 feet to a 5/8 inch iron rod, set, corner to said Keesecker and U.S. Silica (Deed Book 48, at page 207); thence, with said U.S. Silica, N 51° 34' 21" W, 150.00 feet to a 5/8 inch iron rod, set, thence, N 36° 35' 47" E, 483.16 feet to a 5/8 inch iron rod, set in the line of said U.S. Silica at the corner of S. Taylor Suit (Deed Book 15, at page 283); thence, with said Suit, S 51° 53' 52" E, 374.73 feet to a 5/8 inch iron rod, set in the west margin of said Route 9, corner to said Suit; thence, with said west and north margin, the following courses and distances:  S 37° 23' 27" W, 189.38 feet; thence, N 52° 36' 23" W, 10.00 feet; thence, S 37° 23' 37" W, 50.00 feet; thence, S 39° 31' 29" W, 150.00 feet; thence, S 50° 28' 31" E, 10.00 feet; thence, S 37° 35' 17" W, 95.37 feet to the Point of Beginning, and containing 4.058 acres as surveyed by Michael M. Crawford, Licensed Land Surveyor. on August 10, 2000 and as shown on Berkeley Land Surveys Plat No. 2000164, which is recorded in the Office of the Clerk of the County Commission of Morgan County, West Virginia, in Map Book 7, at page 106, and to which plat reference is hereby made for a more particular description of the real estate conveyed herein.

BEING part of the same real estate conveyed unto VDARE Foundation, a New York not-for-profit corporation, by Berkeley Springs Castle, LLC, a West Virginia limited liability company, by deed dated February 14, 2020, of record in the Office of the Clerk of the County Commission of Morgan County, West Virginia in Deed Book No. 274 at page 710.

This conveyance is made subject to all exceptions, restrictions, conditions, covenants, agreements, municipal zoning ordinances, land use regulations, assessments, charges, easements, rights of way, and mineral severances contained in former deeds of record or visible upon inspection.

**DECLARATION OF CONSIDERATION OR VALUE:**  Under penalties of fine and imprisonment as provided by law, Grantor declares that this transfer is exempt from the excise tax on the privilege of transferring real property under W.Va. Code § 11-22-1 as a transfer between like nonprofit corporations having the same or similar purposes.

**WITNESS** the following signature and seal:

VDare Foundation, Inc.

By: _Lydia Brimelow_

President, VDare Foundation, Inc.

Returned 1/4/2021

FLAHERTY
200 CAPITOL STREET
CHARLESTON WV 25301-2206

72

STATE OF West Virginia
COUNTY OF Morgan, to-wit;

    I, Angela Yost, a Notary Public in and for the abovesaid County and State, do hereby certify that Lydia Brimelow, whose name is signed to the foregoing deed bearing date the 29th day of December, 2020, as President of VDARE Foundation, a New York not-for-profit corporation, has this day acknowledged the same before me in my said County and State to me the act and deed of the not-for-profit corporation, VDARE Foundation, a New York not-for-profit corporation.

Given under my hand and seal this 29th day of December, 2020

My commission expires    August 19, 2025.

           Angela Yost
           Notary Public

(PLACE OF SEAL)

OFFICIAL SEAL
Angela M. Yost
Notary Public
State of West Virginia
My Commission Expires
August 19, 2025
1855 VALLEY ROAD
BERKELEY SPRINGS WV 25411

Prepared by: Caleb P. Knight 200 Capitol Street, Charleston, WV 25301 (304) 347-4242

County Clerk's Office    DEC 3 0 2020
Morgan County, West Virginia
   The foregoing writing, was this day presented in said office and thereupon admitted to record.
at 12:36    Teste: Kimberly Clerk   KKS