EXHIBIT G


Morgan County
Liber/Volume Clerk
Instrument 872938
12/30/2020 @ 12:29:02 PM
DEED
279 @ Page 64
Pages Recorded 7
Recording Cost $        48.00
Transfer Tax    $      1705.00
State Land Tax  $       682.00

**THIS DEED** is made on December 29, 2020, by and between VDARE FOUNDATION, a New York not-for-profit corporation, ("Grantor") and BBB LLC, a West Virginia limited liability company, ("Grantee").

**WITNESSETH**, that for and in consideration of the sum of Ten Dollars ($10.00), cash in hand paid, and for other good and valuable consideration, the receipt and sufficiency is hereby acknowledged, the Grantor does hereby **GRANT** and **CONVEY** unto Grantee, with covenants of General Warranty, all of their right, title and interest in and to all those certain lots, tracts or parcels of land, together with the improvements thereon and the appurtenances thereunto belonging, situate in the Town of Bath, Bath District, Morgan County, West Virginia, and being more particularly described as follows:

PARCEL NUMBER ONE

TRACT NUMBER ONE

A tract of land on the east side of Warm Spring Ridge, in Bath District, Morgan County, West Virginia, more particularly described as follows:

"BEGINNING at a 5/8 inch iron rod, found in the line of Berkeley Springs Castle, LLC (D.B. 199 Pg. 496, Tract 1), corner to Berkeley Springs Castle (D.B. 199 Pg. 496, Tract 3); thence, with said Berkeley Springs Castle, (D.B. 199 Pg. 496, Tract 3), S. 35° 19' 56" W. 219.45 feet to a point in the line of said Castle (D.B. 199 Pg. 496, Tract 3) which lies N 35° 19' 56" E, 8.35 feet from a 5/8 inch iron rod, found, being the northwest corner to Brenda VanGosen (D.B. 180 Pg. 159) and corner to U. S. Silica Co., Bridges Tract (D.B. 46, Pg. 326); thence, from said point, with said Bridges Tract, N 57° 10' 04" W, 217.24 feet to a 5/8 inch iron rod, set; thence, N 19° 51' 35" E, 553.56 feet to a 5/8 inch iron rod, set; thence N 31° 31' 18" E, 825.01 feet to a 5/8 inch iron rod, set; thence, N 30° 16' 17" E, 544.47 feet to a hardened nail, set in rock about 20 feet west of a sharp pointed rock on top of Warm Spring Ridge, corner to said U. S. Silica Co, Bridges Tract; thence with same, in part, and finally with U. S. Silica Co. (D.B. 41 Pg. 157), S 54° 03' 00" E, 792.93 feet to a 5/8 inch iron rod, found, corner to said U. S. Silica (D.B. 41 Pg. 157), Sandra L. Matts (D.B. 137 Pg. 433) and Citizen's National Bank (D.B. 189 Pg. 287); thence, with said Citizen's National Bank, in part, Mary T. Lerner (W.B. 9 Pg. 699), in part, and finally with the west end of Union Street, S. 36° 47' 59" W, 199.03 feet to a 5/8 inch iron rod, set, corner to U. S. Silica Co, (D.B. 48 Pg. 207, Parcel No. 3); thence, with said D.B. 48 Pg. 207, Parcel No. 3, S. 36° 47' 59" W, 132.00 feet to a 5/8 inch iron rod, found, corner to Peter H. Moss (D.B. 157 Pg. 217); thence, with said Moss, S. 36° 47' 59" W, 29.30 feet to a 5/8 inch iron rod, found, corner to said Moss and a 10-feet wide alley; thence, with said alley, in part, and finally with Todd E. and Tina A. Byers (D.B. 171 Pg. 553), S 36° 31' 49" W, 89.78 feet to a 5/8 inch iron rod, set, corner to said Byers and the west margin of W. Va. State Route 9, (Project 3198, as constructed); thence with said west margin of Route 9, S 53° 43' 11' W, 58.86 feet; thence, tangent to the last described line along the arc of a curve to the left, which curve has a Central angle of 15° 32' 11", a radius of 311.50 feet, and an arc length of 84.47 feet; thence, tangent to the last described curve, S 39° 06' 12" W, 210.50 feet; thence, tangent to the last described line, along the arc of a curve to the right, which curve has a Central angle of 10° 58' 19", a radius of 452.50 feet, and an arc length of 86.65 feet; thence, tangent to the last described curve, S 49° 01' 11" W, 25.50 feet; thence, tangent to the last described line along the arc of a curve to the left, which curve has a Central angle of 14° 47' 00", a radius of 311.50, and an arc length of 80.37 feet; thence, tangent to the last described curve, S 34° 14' 13" W, 57.94 feet; thence, S 37° 23' 27" W, 42.15 feet to a 5/8 inch iron rod, found, corner to Berkeley Springs Castle, LLC (D.B. 199 Pg. 500); thence, leaving the west limit of said Route 9 and with said Castle (D.B. 199 Pg. 500), N 51° 53' 52" W, 374.73 feet to a 5/8 inch iron rod, found; thence, S 36° 35' 47" W, 100.03 feet to a 5/8 inch iron rod, found, corner to two tracts of said Berkeley Springs Castle, LLC (D.B. 199 Pg. 500 and D.B. 199 Pg. 496); thence, leaving said D.B. 199 Pg. 500 and with said D.B. 199 Pg. 496, S 36° 35' 47" W, 483.16 feet to a 5/8 inch iron rod, found; thence, with said Castle (D.B. 199 Pg. 496, Tract 3), S 51° 34' 21" E, 150.00 feet to the Point of Beginning and containing 21.688 acres as surveyed by Michael M. Crawford, Licensed Land Surveyor, on October 1, 2002 and shown on Berkeley Land Surveys Plat No. 2002184" and shown on Berkeley Land Surveys Plat No. 2002177, which is record in the Office of the Clerk of the County Commission of Morgan County, West Virginia, in Map Book No. 7, at page 149.

The Grantor by this deed expressly grants to the Grantee all of the interest of the Grantor in the minerals, including the sand (includes sand rock), silica sand, and quartzite contained in the above described real estate together with the right to prospect for, mine, lease, convey, or reserve the same, it being understood that the Grantor, its successors or

FLAHERTY
200 CAPITAL STREET
CHARLESTON WV 25301-2206

Returned 1/4/2021

assigns shall have no right to receive any bonuses, minimum royalties, or production royalties paid under any leases of the said minerals made by the said Grantee or the Grantee's successors in interest; reserving, however, to the said Grantor, and to its successors and assigns forever, a non-participating royalty interest at the rate of twenty-five (25%) percent of the gross sale price of the sand (includes sand rock), silica sand, and quartzite mined and removed from the above described real estate, free of any cost to the said Grantor, or to its successors or assigns, of discovery, production, and marketing of the said sand (includes sand rock), silica sand, and quartzite.

### TRACT NUMBER TWO

A tract of land on the west side of W.Va. State Route 9, in Berkeley Springs, Corporation, Morgan County, West Virginia, more particularly described as follows:

"BEGINNING at a 5/8 inch iron rod, set, the southwest corner of the west end of Union Street, and in the line of U. S. Silica Co. (D.B. 48 Pg. 207, Parcel No. 1); thence, with said south limit of Union Street, S 53° 12' 01" E, 38.00 feet to a hardened nail, set in a concrete wall, corner to Close Land Development Co. (D.B. 185 Pg. 533); thence, with said Close Land Development Co., S 36° 47' 59" W, 48.60 feet to a 5/8 inch iron rod, set; thence, with said Close, N 53° 12' 01" W, 18.00 feet to a 5/8 inch iron rod, set, corner to said Close; thence, with said Close, in part, and finally with Peter H. Moss (D.B. 157 Pg. 217), S 36° 47' 59" W, 83.40 feet to a 5/8 inch iron rod, found, corner to said Moss; thence, with said Moss, N 53° 12' 01" W, 20.00 feet to a 5/8 inch iron rod, found, corner to said Moss and in the line of said D.B. 48 Pg. 207, Parcel No. 1; thence, with said Parcel No. 1, N 36° 47' 59" E, 132 feet to the Point of Beginning and containing 3514.8 square feet as surveyed by Michael M. Crawford, Licensed Land Surveyor, on October 1, 2002 and shown on Berkeley Land Surveys Plat No. 2002184" and shown on Berkeley Land Surveys Plat No. 2002177, which is record in the Office of the Clerk of the County Commission of Morgan County, West Virginia in Map Book No. 7, at page 149.

The Grantor by this deed expressly grants to the Grantee all of the interest of the Grantor in the minerals, including the sand (includes sand rock), silica sand, and quartzite contained in the above described real estate together with the right to prospect for, mine, lease, convey, or reserve the same, it being understood that the Grantor, it successors or assigns, shall have no right to receive any bonuses, minimum royalties, or production royalties paid under any leases of the said minerals made by the said Grantee or the Grantee's successors in interest; reserving, however, to the said Grantor, and to its successors and assigns forever, a non-participating royalty interest at the rate of twenty-five (25%) percent of the gross sale price of the sand (includes sand rock), silica sand, and quartzite mined and removed from the above described real estate, free of any cost to the said Grantor, or to its successors or assigns, of discovery, production, and marketing of the said sand (includes sand rock), silica sand, and quartzite.

BEING the same real estate conveyed unto Berkeley Springs Castle, LLC, a West Virginia limited liability company, by U.S. Silica Company, a Delaware corporation, by deed dated October 29, 2002, of record in the Office of the Clerk of the County Commission of Morgan County, West Virginia in Deed Book No. 201 at page 594.

### PARCEL NUMBER TWO

Situate in Town of Bath District, more particularly described as follows:

All of the portions of Lots C and D (described below) lying on the northwest side of West Virginia State Route 9, as shown on the plat by Michael M. Crawford, Licensed Land Surveyor No. 534 dated October 1, 2002 and shown on Berkeley Land Surveys Plat No. 2002184, which is record in the Office of the Clerk of the County Commission of Morgan County, West Virginia, in Map Book No. 7, at page 149 to which reference is hereby made.

LOTS C AND D as designated on O.E. Widmyer's Plan of Lots surveyed by F. P. Plessinger, C.E., on the 9th day of June, 1943, which plan is of record in the Office of the Clerk of the County Commission of Morgan County, West Virginia in Map Book 1 at page 3, said lots having a depth of 165 feet, said Lot C fronting on Wilkes Street 57 feet and Lot D fronting on Wilkes Street 60.3 feet, both lots running back westerly from Wilkes Street equidistant.

SUBJECT TO the restriction as set forth in the deed of record in Deed Book 85, at page 443.

BEING the same real estate conveyed unto Berkeley Springs Castle, LLC, a West Virginia limited liability company, by Close Land Development Company, a West Virginia corporation, by deed dated December 6, 2002, of record in the Office of the Clerk of the County Commission of Morgan County, West Virginia in Deed Book No. 201 at page 604.

## PARCEL NUMBER THREE

### TRACT NUMBER ONE

**PARCEL A:**

Beginning at (1) a 5/8 inch rebar, set in the east line of the original tract (Ward W. Keesecker and Mary M. Keesecker, (Deed Book 51, Page 123, First Tract) and in the east line of the West Virginia State Route 9 right-of-way, and in the west line of the old Sir John's Run Road right-of-way; thence, extending through the original tract with said east line of the West Virginia State Route 9 right-of-way, N 36° 32' 31" E., 136.91 feet to (2) a 5/8 inch rebar, set in the north line of the original tract, and in the south line of another tract of Ward W. Keesecker's (Deed Book 48, Page 411); thence, with the last mentioned tract (Deed Book 48, Page 411), and with the north line of the original tract, S 54° 00' 00" E., 13.31 feet to (3) a 5/8 inch rebar, set in the west line of the old Sir John's Run Road right-of-way, northeast corner of the original tract; thence, with the east line of the original tract, and the west line of the old Sir John's Run Road right-of-way, S 42° 05' 19" W., 137.69 feet to the Point of Beginning, and containing 911 square feet, as surveyed by Michael M. Crawford, Licensed Land Surveyor, on November 11, 1981, and shown on the plat of record in Deed Book 141, Page 610.

**AN UNDIVIDED TWO-THIRDS (2/3) INTEREST IN THE FOLLOWING PARCEL OF REAL ESTATE**
**PARCEL B:**

Beginning at (1) a 5/8 inch rebar, set in the old Sir John's Road; corner to the Ward W. Keesecker Heirs (Deed Book 51, Page 123) and the original tract (Ward W. Keesecker Heirs, Deed Book 48, Page 411) in the west line of the Berkeley Springs State Park, which is also the west line of Berkeley Springs Corporation; thence, with the original tract and the adjoining tract of the Ward W. Keesecker Heirs (Deed Book 51, Page 123), N. 54° 00' 00" W., 28.31 feet to (2) a 5/8 inch rebar, set in the east line of the West Virginia State Route 9 right-of-way; thence with the said east right-of-way line, N. 37° 35' 17" E., 87.25 feet to (3) a 5/8 inch rebar, set; thence, N. 39° 36' 05" E., 159.10 feet to (4) a 5/8 inch rebar, set; thence, S. 51° 30' 09" E., 5.00 feet to (5) a 5/8 inch rebar, set; thence, N. 37° 23' 37" E., 237.22 feet to (6) a 5/8 inch rebar, set; thence, leaving said east right-of-way line, and with the original tract and the Pennsylvania Glass Sand Corporation (Deed Book 48, Page 207), S 54° 00' 00" E., 10.08 feet to (7) a 5/8 inch rebar, set; corner to said Pennsylvania Glass Sand Corporation and the original tract in the line of the Berkeley Springs State Park; thence, with the original tract and the Berkeley Springs State Park, S. 36° 35' 47" W., 482.96 feet to the Point of Beginning, and containing 0.201 acres, as surveyed by Michael M. Crawford, Licensed Land Surveyor, on July 10, 1981, as shown on the plat of record in Deed Book 141, Page 611.

Excepting, however, any portion of the right-of-way for the old Sir John's Road, now impassable, which encroaches on the herein-conveyed 0.201 acre tract near the Point of Beginning.

### TRACT NUMBER TWO

Situate on the west side of West Virginia State Route 9 and on the south side of "The Castle" in Bath District, Morgan County, West Virginia, more particularly described as follows:

"BEGINNING at (1), a found 5/8 inch rebar on the western limits of West Virginia State Route 9, corner to Associated Investors Group, LLC (DB 192, Pg. 336), thence with the western limits of said Route 9 S 36 deg. 52' 21" W 229.48 feet to (2) a found P-K nail in the second concrete step from the top of a flight of steps, corner to Brenda VanGosen (DB 180, Pg. 189), thence leaving said Route 9 and with said VanGosen N 51 deg. 02' 14" W 206.37 feet to (3), a set 5/8 inch rebar in a found stone pile, in the line of U.S. Silica Company (DB 48, Pg. 207), thence with said U.S Silica N 35 deg. 19' 56" E 227.80 feet to (4), a found 5/8 inch rebar in the line of the aforesaid Associated Investors Group, LLC, thence with said Group S 51 deg. 34' 21" E 212.44 feet to the BEGINNING, containing 1.10 Acre more or less."

As surveyed on February 6, 2001, by Charles P. Dawson, WVLLS No. 808, and shown on Berkeley Land Surveys Plat No. 2001021.

BEING part of the same real estate conveyed unto Berkeley Springs Castle, LLC, a West Virginia limited liability company, by Associated Investors Group, LLC, a West Virginia limited liability company, by deed dated June 25, 2002, of record in the Office of the Clerk of the County Commission of Morgan County, West Virginia in Deed Book No. 199 at page 496.

### PARCEL NUMBER THREE

Situate on the east side of Warm Springs Mountain in Bath District, more particularly described as follows:

BEGINNING at a stake corner to S. T. Suits lot of 3 acres 1 Rod and 19 perches, 13 3/10 feet bearing S. 57 ½° E., from a marked Olianthesis tree, and in or near the line of the Bath Square; along said line N. 32 ¼ ° E., 100 feet to a stake 10 links (or 6 6/10 feet) Eastward from a pine and in or near said line, there extending up the mountain N. 57 ½° W., 450 feet to a small round marked stone, fast in rocks, against the east side or foot of a large rock and chestnut tree; thence S. 32 ½° W., 100 feet to a stone pile by some white walnuts, corner to said Suites 2ⁿᵈ lot, then with both his lots S. 57 ½° E., 450 feet to the beginning, containing one acre and five perches more or less.

BEING the same real estate conveyed unto Berkeley Springs Castle, LLC, a West Virginia limited liability company, by Associated Investors Group, LLC, a West Virginia limited liability company, by QUITCLAIM deed dated June 25, 2002, of record in the Office of the Clerk of the County Commission of Morgan County, West Virginia in Deed Book No. 199 at page 500.

### PARCEL NUMBER FOUR

Situate in Town of Bath District, Morgan County, West Virginia, more particularly described as follows:

Beginning at an auto driveshaft, found, on the west side of Cornelius Avenue, being the northeast corner of Gary W. Hofe (DB 84, PG 526); thence, leaving said Avenue, and running with the north line of Hofe, N. 63 03' 30" W, 105.91 feet to a ½ inch rebar, found, on the north side of a power pole and continue same course, 11.09 feet (in all 117.00 feet) to the east side of the Old Sir John's Run Road, being the northwest corner of Hofe; thence, with the east of said road, N. 63 24' 43" E., 53.33 feet; thence, N. 34 06' 31" E., 312.64 feet, to a point at the intersection of said Cornelius Avenue and located 17.4 feet from a 5/8 inch rebar, set, at the west base of a large locust tree; thence, with the west side of Cornelius Avenue, S. 17 44' 32" W., 267.54 feet; thence, S. 24 40' 27" W., 89.06 feet, to the point of beginning, containing 0.414 acre, as surveyed by Wayne G. Stotler, LLS, on December 5, 1985, and shown on Plat No. 85161, attached to that certain deed by and between James Walter Shockey, Jr., et ux and Jack P. Barker, et ux., dated December 19, 1985, and of record in the Clerk of the County Commission of Morgan County, West Virginia, in Deed Book No. 134, at page 614.

This conveyance is made subject to utility easements and rights of way of record.

BEING the same real estate conveyed unto Berkeley Spring Castle, LLC, a West Virginia limited liability company, by Alice M. Barker, by deed dated June 9, 2009, of record in the Office of the Clerk of the County Commission of Morgan County, West Virginia in Deed Book No. 233 at page 31.

### PARCEL NUMBER FIVE

Situate in Bath District, Morgan County, West Virginia, more particularly described as follows:

BEGINNING at (1) a 5/8 inch diameter iron rod, set at the South-West corner to this lot, and located N. 36° 06' 03" E., 81.20 feet from a T-bar (found), at the North corner of Paul D. Lawyers lot (also being the South-West corner to Robert Michael's lot), in the East line of land owned by Pennsylvania Glass Sand Corporation; thence, with the Sand Company's land, N. 36° 06' 03" E" 30.00 feet to (2) a capped Rebar, set, in a stone pile, (Made), at the Southwest corner of the Ward W. Kesecker property; thence, with said Kesecker property, S. 51° 01' 13" E., 202.18 feet to a flush capped rebar, set, in line and continue same course 4.00 feet (in all 206.18 feet) to (3) a PK Nail (set) in the second concrete step from the top of steps, in the West side right-of-way line of West Virginia

State Route #9, 20 feet from its center-line; thence, with the West side right-of-way line, and the arc of a curve to the West (whose chord bears S. 47° 36' 42" W., for 30.31 feet) an arc distance of 30.31 feet to (4) a flush capped Rebar, set (said point is located N. 51° 01' 51" W., 5.39 feet from a 2 inch diameter iron pipe, found): thence, with the North line of Robert Michael lot, N. 51° 01' 13" W., 200.12 feet to the beginning, containing 0.1398 acres, or 6089.7 feet, as surveyed by W. Thomas Biggert (West Virginia Surveyor's License No. 51) on April 10, 1975.

A RIGHT-OF-WAY is reserved for the use of the public leading to the dwelling of Mary K. Dawson from the County Road (now the State Road).

BEING the same real estate conveyed unto Berkeley Springs Castle LLC, a West Virginia limited liability company, by Brenda Cross, by deed dated April 20, 2004, of record in the Office of the Clerk of the County Commission of Morgan County, West Virginia, in Deed Book No. 208 at page 216.

## PARCEL NUMBER SIX

Situate in Bath District, Morgan County, West Virginia, more particularly described as follows:

"BEGINNING at a point on the West side limits of the State Road" in the second line of the entire survey conveyed to Bertha Mann and Anna B. Collins, March 19, 1919, of which this survey is a part; thence N. 53 ¾ W. 206 feet to a planted stone on original corner of the entire survey and extending through the same S. 55 ½ E. 196 feet to the West side of the State Road; thence with the Western boundary line of the State Road N. 42 E. 77.5 feet to the point of beginning, containing .36 acres, more or less.

TOGETHER WITH the right of ingress and egress over a concrete walkway leading from State Route No. 9 northerly to the property herein conveyed.

TOGETHER WITH the northern one-half of the garage and the real estate on which it is located situate on State Route No. 9 on the lot now owned by Albert C. and Mildred Smith, adjoining the above described premises herein conveyed.  The whole of said garage fronts eighteen (18) feet and six (6) inches on said State Route 9 and extends to the depth of eighteen (18) feet.

THIS CONVEYANCE IS SUBJECT TO all public utility easements, rights-of-way, conditions, covenants and restrictions and Deeds of Trust of record or in existence.

BEING the same real estate granted and conveyed unto Berkeley Springs Castle, LLC, by Walter L. Peacemaker, by deed dated July 19, 2006, of record in the Office of the Clerk of the County Commission of Morgan County, West Virginia, in Deed Book No. 221 at Page 260.

## PARCEL NUMBER SEVEN

A tract of land on the west side of Warm Spring Ridge, in Bath District, Morgan County, West Virginia, more particularly described as follows:

"BEGINNING at a 5/8 inch iron rod, found, corner to Robert D. and Ann M. Farris (D.B. 170 Pg. 654), John P. and Mary L. Seimann (D.B. 158 Pg. 497), and Laura K. Mechem (D.B. 178 Pg. 46); thence, with said Farris, N 61° 10' 12" W, 222.32 feet to an 8-inch diameter concrete monument, found, corner to said Farris, Douglas M. and Sonia L. Andrews (D.B. 150 Pg. 418), and the Town of Bath (D.B. 68 Pg. 306, Reservoir Lot); thence, with said Reservoir Lot, N 19° 39' 49" E, 208.97 feet to a 5/8 inch iron rod, set; thence, N 60° 24' 20" W, 204.19 feet to an 8-inch diameter concrete monument, found; thence, S 20° 28' 32" W, 211.46 feet to an 8-inch diameter concrete monument, found, corner to said Reservoir lot and said Andrews; thence, leaving said Reservoir lot and with said Andrews, N 73° 49' 43" W, 254.58 feet (passing a 5/8 inch iron rod, found at 234.34 feet) to a point at the center of W. Va. County Route 3 (Sir John's Run Road, corner to said Andrews and Frances L. Wells (W.B. 11, Pg. 244); thence, with said Wells and with said Sir John's Run Road, N 25° 26' 25" W, 225.16 feet; thence N 01° 38' 49" W, 210.46 feet; thence, crossing said road, N 23° 32' 00" E, 438.49 feet to a 5/8 inch iron rod, found on the east side of said Sir John's Run Road; thence, continuing with said Wells on the east side of said Sir John's Run Road, N 12° 10' 58" E, 64.82 feet to a square concrete monument, found; thence, with said Wells, and crossing said Sir John's Run Road, N 23°

12' 42" W, 229.47 feet to a metal post, found on the west edge of said Sir John's Run Road, corner to said Wells and Stanley Ehlenbach (D.B. 63 Pg. 89); thence, with said Ehlenbach, N 08° 51' 58" E, 125.80 feet to a point in said Road, corner to said Ehlenbach and James M. Ambrose (D.B. 151 Pg. 760); thence, leaving said Ehlenbach and crossing said Sir John's Run road, S 69° 07' 19" E, 43.26 feet to a marked locust, found on the east edge of the old Sir John's Run road, corner to said Ambrose; thence, with said Ambrose and the east edge of said old Sir John's Run Road, S 22° 24' 25" E, 164.49 feet to a 5/8 inch iron rod, found; thence, S 34° 38' 31" E, 114.25 feet to a 5/8 inch iron rod, found; thence, S 20° 20' 10" E, 69.69 feet; thence, S 02° 56' 20" E, 44.38 feet to a square concrete monument, found; thence, continuing with said Ambrose and leaving said east edge of old Sir John's Run road, S 76° 51' 24" E, 231.00 feet to a square concrete monument, found; thence, N 33° 00' 00" E, 581.13 feet,) passing a 5/8 inch iron rod, found at 128.92 feet) to a 5/8 inch iron rod, found, corner to said Ambrose and Craig A. and Anna Marie Chambers (D.B. 164 Pg. 545); thence, with said Chambers, N 33° 00' 00" E, 405.15 feet to a 5/8 inch iron rod, found, corner to said Chambers and Robert L. and Dorothea R. Ford (D.B. 167 Pg. 338); thence, with said Ford (D.B. 167 Pg. 338), in part, and finally another tract of said Ford (D.B. 182 Pg. 617) N 33° 00' 00" E, 201.14 feet to the base of  a 20-inch hickory stump, found, corner to said Ford (D.B. 182 Pg. 617); thence with same, N 16° 40' 23" E, 65.38 feet to a 36-inch marked white oak, found, corner to a 23.85-acre tract of the grantors (D.B. 43, Pg. 50, Tract 1); thence, with said 23.85-acre tract, S 54° 03' 00" E, 371.21 feet to a hardened nail, set in rock about 20 feet west of a sharp pointed rock on top of Warm Spring Ridge; in the line of said 23.85-acre tract, and corner to U. S. Silica (D.B. 48 Pg. 207, Parcel No. 1, 18.25-acre tract); thence, with said 18.25-acre tract, S 30° 16'17" W, 544.47 feet to a 5/8 inch iron rod, set about 20 feet west of the top of Warm Spring Ridge; thence, S 31° 31' 18" W, 825.01 feet to a 5/8 inch iron rod, set on the east side of an old road; thence, S 19° 51' 35" W, 553.56 feet to a 5/8 inch iron rod, set at the top of Warm Spring Ridge, 40 feet east of the Town of Bath Reservoir lot; thence, S 57° 10' 04" E, 217.24 feet to a point in the line of Berkeley Springs Castle, LLC (D.B. 199 Pg. 500), corner to said 18.25 acre tract; thence, leaving said 18.25-acre tract of U.S. Silica, and with said Berkeley Springs Castle, S 35° 19' 56" W, 8.35 feet to a 5/8 inch iron rod, found, corner to said Castle lot and Brenda VanGosen (D.B. 180 Pg. 159); thence, with said VanGosen, S 35° 19' 28" W, 29.92 feet to a 5/8 inch iron rod, found, corner to said VanGosen and Lara K. Mechem (D.B. 178 Pg. 159); thence, with said Mechem, S 35° 19' 11" W, 80.44 feet to the Point of Beginning and containing 24.768 acres as surveyed by Michael M. Crawford, Licensed Land Surveyor, on September, 2002" and shown on Berkeley Land Surveys Plat No. 2002177, which is record in the Office of the Clerk of the County Commission of Morgan County, West Virginia, in Map Book No. 7, at page 148.

RESERVING, however, a right of way for ingress and egress over an established driveway leading from West Virginia County Route 3 (Sir Johns' Run Road) to the tract now deeded to James M. Ambrose (D.B. 151 Pg. 760) which lies east of said Sir John's Run Road, and west of the Old Sir John's Run Road, as shown on the aforesaid Plat No. 2002177.

The Grantor by this deed expressly grants to the Grantee all of the interest of the Grantor in the minerals, including the sand (includes sand rock), silica sand, and quartzite contained in the above described real estate together with the right to prospect for, mine, lease, convey, or reserve the same, it being understood that the Grantor, it successors or assigns, shall have no right to receive any bonuses, minimum royalties, or production royalties paid under any leases of the said minerals made by the said Grantee or the Grantee's successors in interest; reserving, however, to the said Grantor, and to its successors and assigns forever, a non-participating royalty interest at the rate of twenty-five (25%) percent of the gross sale price of the sand (includes sand rock), silica sand, and quartzite mined and removed from the above-described real estate, free of any cost to the said Grantor, or to its successors or assigns, of discovery, production, and marketing of the said sand (includes sand rock), silica sand, and quartzite.

BEING the same real estate conveyed unto Berkeley Springs Castle, LLC, a West Virginia limited liability company, by U.S. Silica Company, a Delaware corporation, by deed dated October 29, 2002, of record in the Office of the Clerk of the County Commission of Morgan County, West Virginia in Deed Book No. 201 at page 599.

### PARCEL NUMBER EIGHT

Situate in Bath District, Morgan County, West Virginia, and being more particularly described as follows:

"Beginning at (1) an iron pipe at the West side Right-of-Way of State Route #9, this point being the South corner of the adjoining Grove lot; thence with the Grove line North 55-30 West 196.0 feet to (2) a Bathey T-Bar; thence South 33 West 50.8 feet to (3) a Bathey T-Bar; thence South 51-51' 30" East 186.9 feet to (4) a flush, Bathey T-Bar at the North-West limits of State Route #9; thence with the West side of State Route #9 North 42 East 63.5 feet to the beginning, containing 0.25071 acres, (0.251 acres), according to a survey by W. Thomas Biggert, Surveyor, on June 19, 1967."

This conveyance transfers all rights and privileges and is subject to any easements regarding the sidewalk and garage set forth in the deed to Rices dated April 12, 1928, of record in the aforesaid County Clerk's Office in Deed Book 41, page 392, insofar as said privileges and easements affect the parcel transferred herein.

BEING the same real estate conveyed unto Berkeley Springs Castle, LLC, by John P. Siemann, by deed dated November 16, 2012, of record in the Office of the Clerk of the County Commission of Morgan County, West Virginia, in Deed Book No. 243 at page 810.

BEING part of the same real estate conveyed unto VDARE Foundation, a New York not-for-profit corporation, by Berkeley Springs Castle, LLC, a West Virginia limited liability company, by deed dated February 14, 2020, of record in the Office of the Clerk of the County Commission of Morgan County, West Virginia in Deed Book No. 274 at page 710.

This conveyance is made subject to all exceptions, restrictions, conditions, covenants, agreements, municipal zoning ordinances, land use regulations, assessments, charges, easements, rights of way, and mineral severances contained in former deeds of record or visible upon inspection.

**DECLARATION OF CONSIDERATION OR VALUE:**  Under penalties of fine and imprisonment as provided by law, Grantor declares that the total consideration paid for the property transferred by this instrument is $310,000.00.

**WITNESS** the following signature and seal:

VDare Foundation, Inc.

By: _____
President, VDare Foundation, Inc.

STATE OF West Virginia
COUNTY OF Morgan , to-wit;

I, Angela Yost , a Notary Public in and for the aboveseaid County and State, do hereby certify that Lydia Brimelow , whose name is signed to the foregoing deed bearing date the 29th day of December 2020, as President of VDARE Foundation, a New York not-for-profit corporation, has this day acknowledged the same before me in my said County and State to me the act and deed of the not-for-profit corporation, VDARE Foundation, a New York not-for-profit corporation.

Given under my hand and seal this 29th day of December , 2020

My commission expires August 19, 2025.

_____
Notary Public

(PLACE OF SEAL)

OFFICIAL SEAL
Angela M. Yost
Notary Public
State of West Virginia
My Commission Expires
August 19, 2025
1855 VALLEY ROAD
BERKELEY SPRINGS, WV 26411

Prepared by: Caleb P. Knight 200 Capitol Street, Charleston, WV 25301 (304) 347-4242