**EXHIBIT H**



# State of West Virginia
## Certificate

*I, Mac Warner, Secretary of State of the State of West Virginia, hereby certify that*

**BERKELEY CASTLE FOUNDATION, INC.**

**Control number: 9AV94**

has filed its application for "Certificate of Incorporation" in my office according to the provisions of the West Virginia Code. I hereby declare the organization to be registered as a corporation from its effective date of July 21, 2020, until a certificate of dissolution has been filed with Secretary of State.

Therefore, I hereby issue this

## CERTIFICATE OF INCORPORATION



*Given under my hand and the Great Seal of the State of West Virginia on this day of July 21, 2020*

*Mac Warner*

Secretary of State

496872

CONFIDENTIAL

VF 005981

| WEST VIRGINIA |
| --- |
| ARTICLES OF INCORPORATION |
| WITH NON-PROFIT IRS ATTACHMENT |
| Form CD-1NP |
| Rev. 11/2017 |



West Virginia Secretary of State
Business & Licensing Division
Tel: (304)558-8000
Fax: (304)558-8381
Website: www.wvsos.gov

**FILED**

JUL 21 2020

IN THE OFFICE OF
WV SECRETARY OF STATE

FILE ONE ORIGINAL
(Two if you want a filed stamped
copy returned to you.)

FILING FEE: $25 (non-profit)
  * Fee Waived for Veteran-owned corporation

Control # _____

*** The undersigned, acting as incorporator(s) according to the West Virginia Code §31E-2-202, adopt the following ***
Articles of Incorporation for a West Virginia <u>Non-Profit</u> Domestic Corporation, which shall be perpetual.

1. The **name** of the West Virginia corporation shall be: Berkeley Castle Foundation, Inc.
   [The name MUST contain one of the required corporate name endings* per §31D-4-401 of the West Virginia Code (*see attached instructions for the list of required name endings)]. This name is your official name and must be used in its entirety when in use unless a Trade Name (DBA) is registered with the Office of the Secretary of State, according to Chapter 47-8 of the West Virginia Code.]

☒ CHECK BOX to indicate you've included one of the REQUIRED CORPORATE NAME ENDINGS (See instructions for name endings).

2. The **address of the principal office** of the corporation will be:
   Street: 276 Cacapon Road
   City: Berkeley Springs   State: WV   Zip Code: 25411

   Located in the **County of** (required):
   County: Morgan

   The **mailing address** of the above location, if different, will be:
   Street:
   City:   State:   Zip Code:

3. The **physical address** (<u>not</u> a PO Box) of the **principal place of business** in West Virginia, if any:
   Street: 276 Cacapon Road
   City: Berkeley Springs   State: WV   Zip Code: 25411

   Located in the **County of**:
   County: Morgan

   The **mailing address** of the above location, if different, will be:
   Street:
   City:   State:   Zip Code:

4. The name and address of the **person (agent)** to whom notice of process may be sent, if any, will be:
   Name: Lydia Brimelow
   Street: P.O. Box 211
   City: Ritchfield   State: CT   Zip Code: 06759

RECEIVED
JUL 21 2020

530646

CONFIDENTIAL

WEST VIRGINIA ARTICLES OF INCORPORATION WITH NON-PROFIT IRS ATTACHMENT                                    Page 2

5. **E-mail address** where business correspondence may be received: lbrimelow@vdare.com

6. **Website address** of the business, if any (*ex: yourdomainname.com*):

7. Do you **own or operate more than one business in West Virginia?**   ☐ Yes *Answer a. and b. below.*   ☐ No   ☒ Decline to answer
   If "Yes"... a. How many businesses? _____   b. Located in how many West Virginia counties? _____

8. The corporation is organized as (*check the box below*):

   ☒ **NON-PROFIT, NON-STOCK** (If you plan to apply for 501(c)(3) status with the IRS, you will need to include specific language that is required by the IRS to be included in your Articles of Incorporation. That language is included as an attachment to this application - *see last page of this application.*)

9. a. The **purpose for which this corporation is formed** is as follows:
   (Describe the type(s) of business activity which will be conducted, for example, "agricultural production of grain and poultry", "construction of residential and commercial buildings", "manufacturing of food products", "commercial painting", "retail grocery and sale of beer and wine." Purpose may conclude with words "…including the transaction of any or all lawful business for which corporations may be incorporated in West Virginia.")

   the transaction of any or all lawful business for which corporations may be incorporated in West Virginia

   b. Is the business a **Scrap Metal Dealer?**

   ☐ Yes [If "Yes," you must complete the **Scrap Metal Dealer Registration Form** (Form SMD-1) and proceed to Section 10.]
   ☒ No [Proceed to Section 10.]

10. FOR **NON-PROFIT ONLY** (Check the statement that applies to your entity.):

    ☒ Corporation will have **NO MEMBERS**.
    ☐ Corporation will have **MEMBERS** (See *__NOTE__* below.)

    *__NOTE__:* If the corporation has one or more classes of members, the designation of a class or classes is to be set forth in the articles of incorporation and the manner of election or appointment and the qualifications and rights of the members of each class is to be set forth in the articles of incorporation or bylaws. If this applies to your entity then you will need to attach a separate sheet listing the above required information, unless it will fit in the space provided below.

11. The **name(s) and address(es) of the incorporator(s)** is (You must list at least ONE incorporator.):

    | | Name | Address | City | State | Zip Code |
    |---|---|---|---|---|---|
    | a) | Lydia Brimelow | P.O. Box 211 | Ritchfield | CT | 06759 |
    | b) | | | | | |

CONFIDENTIAL                                                                                                              VF 005983

WEST VIRGINIA ARTICLES OF INCORPORATION WITH NON-PROFIT IRS ATTACHMENT       Page 3

12. Is the organization a "**veteran-owned**" organization?

Effective **JULY 1, 2015**, to meet the requirements for a "**veteran-owned**" organization, the entity filing the registration must meet the following criteria per West Virginia Code §59-1-2a:

1. A "veteran" must be honorably discharged or under honorable conditions, and
2. A "**veteran-owned business**" means a business that meets one of the following criteria:
   - Is at least fifty-one percent (51%) unconditionally owned by one or more veterans; or
   - In the case of a publicly owned business, at least fifty-one percent (51%) of the stock is unconditionally owned by one or more veterans.

[ ] Yes (If "Yes," attach Form DD214) ➡ [ ] **CHECK BOX** indicating you have attached **Veteran Affairs Form DD214**

[X] No

You may obtain a copy of your Veterans Affairs Form DD214 by contacting:

National Personnel Records Center
Military Personnel Records
1 Archives Drive
St. Louis, MO 63138
Toll free: 1-86-NARA-NARA or 1-866-272-6272
Phone: 314-801-0800
www.archives.gov/veterans/military-service-records

Per WV Code 59-1-2(j) effective July 1, 2015, the **registration fee is waived** for entities that meet the requirements as a "**veteran-owned**" organization. See attached instructions to determine if the organization qualifies for this waiver. In addition, a "veteran-owned" entity will have **four (4) consecutive years of Annual Report fees waived** AFTER the organization's initial formation [see WV Code 59-1-2a(m)].

13. The number of acres of land it holds or expects to hold in West Virginia is:     55

14. Contact and Signature Information* (See below *Important Legal Notice Regarding Signature*):

a. Contact person to reach in case there is a problem with filing: Caleb P. Knight       Phone: +1 (304) 347-4242

b. Print name of person who is signing articles of incorporation: Lydia Brimelow

c. Signature of Incorporator: *[signature]*       Date: July 15, 2020

*Important Legal Notice Regarding Signature:* Per West Virginia Code §31E-1-129. **Penalty for signing false document.** Any person who signs a document he or she knows is false in any material respect and knows that the document is to be delivered to the secretary of state for filing is guilty of a misdemeanor and, upon conviction thereof, shall be fined not more than one thousand dollars or confined in the county or regional jail not more than one year, or both.

Important Note: This form is a public document. Please **do NOT provide any personal identifiable information on this form** such as social security number, bank account numbers, credit card numbers, tax identification or driver's license numbers.

[ Reset Form ]   [ Print Form ]

CONFIDENTIAL                                                                                                              VF 005984