

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CHARITIES BUREAU

212.416.8391
Yael.Fuchs@ag.ny.gov

March 14, 2023

**Via Electronic Filing**

Hon. Christian F. Hummel
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

        Re:    *VDARE Foundation, Inc.* v. *James*, No. 22-cv-1337

Dear Judge Hummel:

      The Attorney General writes to apprise the Court of a decision from the New York Supreme Court, Appellate Division, relevant to issues raised by the Motion to Dismiss. The Attorney General has argued that a January 23, 2023 final decision by the State Supreme Court compelling subpoena production has res judicata affect barring VDARE's lawsuit challenging the validity of that same subpoena. *See* D.E. 27. Although VDARE has appealed the Supreme Court's decision, the Appellate Division denied its motion for a stay pending appeal, and the Supreme Court's order remains in full force and effect. Because the Appellate Division's ruling bears directly on the procedural history addressed in our Office's recent briefing to this Court, I enclose a copy of that decision for the Court's review.

                                                               Respectfully submitted,

                                                               */s/ Yael Fuchs*
                                                               Assistant Attorney General

Encl.

cc:    Counsel of Record (via ECF)

FILED: APPELLATE DIVISION - 1ST DEPT 03/09/2023 10:12 AM  2023-00672
NYSCEF DOC. NO. 7                                          RECEIVED NYSCEF: 03/09/2023

# Supreme Court of the State of New York
## Appellate Division, First Judicial Department

Present – Hon. Barbara R. Kapnick,   Justice Presiding,
Cynthia S. Kern
Anil C. Singh
Saliann Scarpulla
John R. Higgitt,   Justices.

---

| People of the State of New York, by Letitia James, Attorney General of the State of New York, | Motion No. **2023-00691** |
| --- | --- |
| Petitioner-Respondent, | Index No. 453196/22 |
| -against- | Case No. 2023-00672 |
| VDARE Foundation, Inc., | |
| Respondent-Appellant. | |

---

An appeal having been taken to this Court from an order of the Supreme Court, New York County, entered on or about January 23, 2023,

And respondent-appellant having moved to stay enforcement of the aforesaid order pending the hearing and determination of the appeal taken therefrom,

Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon,

It is ordered that the motion is denied. The interim relief granted by order of a Justice of this Court, dated February 08, 2023 is hereby vacated.

ENTERED: March 09, 2023

Susanna Molina Rojas
Clerk of the Court