**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**VDARE FOUNDATION, INC.,**

                                        **Plaintiff,**

                        **v.**                                        **1:22-CV-1337**
                                                                          **(FJS/CFH)**

**LETITIA JAMES, in her official capacity as**
**Attorney General of the State of New York,**

                                        **Defendant.**
_____

| APPEARANCES | OF COUNSEL |
|---|---|
| **THE LAW OFFICES OF ANDREW J. FRISCH, PLLC**<br>40 Fulton Street, 17th Floor<br>New York, New York 10038<br>Attorneys for Plaintiff | **ANDREW J. FRISCH, ESQ.** |
| **OFFICES OF FREDERICK C. KELLY, III**<br>One Harriman Square<br>P.O. Box 60<br>Goshen, New York 10924<br>Attorneys for Plaintiff | **FREDERICK C. KELLY, ESQ.** |
| **OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL**<br>28 Liberty Street – 19th Floor<br>New York, New York 10005<br>Attorneys for Defendant | **RICHARD SAWYER, AAG**<br>**YAEL FUCHS, AAG**<br>**CATHERINE SUVARI, AAG** |

**SCULLIN, Senior Judge**

## ORDER

On March 21, 2023, Plaintiff filed a motion asking the Court to issue an Order that

Defendant show cause why the Court should not issue a Temporary Restraining Order and/or a

preliminary injunction restraining Defendant from enforcing an Order of the State Supreme

Court compelling Plaintiff to comply with Defendant's investigative subpoena.  *See generally* Dkt. No. 29.  After conferring with counsel, at which time counsel for Defendant agreed not to further enforce its investigative subpoena until this Court entered its decision regarding Plaintiff's motion for a preliminary injunction, the Court hereby

**ORDERS** that Plaintiff's motion for a temporary restraining order, *see* Dkt. No. 29, is **DENIED**; and the Court further

**ORDERS** that Defendant shall file her opposition to Plaintiff's motion for a preliminary injunction, *see* Dkt. No. 29, on or before **April 10, 2023**; and the Court further

**ORDERS** that Plaintiff shall file its reply to Defendant's opposition to its motion for a preliminary injunction on or before **April 17, 2023**; and the Court further

**ORDERS** that the Court shall decide the motion based on the parties' submissions.

**IT IS SO ORDERED.**

Dated:  March 27, 2023
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge