UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**VDARE FOUNDATION, INC.,**

             Plaintiff,

    v.

**LETITIA JAMES**, in her official capacity as Attorney General of New York,

             Defendant.

22-cv-01337 (FJS-CFH)

**NOTICE OF WITHDRAWAL**

---

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that CATHERINE SUVARI, Assistant Attorney General in the office of LETITIA JAMES, Attorney General of the State of New York, hereby withdraws as counsel of record for Defendant Letitia James in the above-captioned action. All other counsel of record for Defendant remains the same.

Dated: New York, New York
       April 5, 2023

LETITIA JAMES
Attorney General of the State of New York

By:

*/s/ Catherine Suvari*

Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-6172
Catherine.Suvari@ag.ny.gov

cc:    Counsel of record (via ECF)