# EXHIBIT D

The Law Offices of
**ANDREW J. FRISCH, PLLC**
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

November 28, 2022

*Via email (Yael.Fuchs@ag.ny.gov; Catherine.Suvari@ag.ny.gov)*

Yael Fuchs, Assistant Attorney General
Catherine Suvari, Assistant Attorney General
Office of the Attorney General
28 Liberty Street
New York, New York 10005

    *Re: Subpoena to VDare Foundation, Inc.*

Dear Counsel:

    As I reported in my letter to you of November 21, 2022, response to your Office's subpoena to VDARE involving emails is taking longer than anticipated. I am aiming to complete that part of the response to the subpoena by December 12, 2022.

    Very truly yours,

    /s/ *Andrew J. Frisch*
    Andrew J. Frisch