# EXHIBIT L

# Supreme Court of the State of New York
## Appellate Division, First Judicial Department

Present – Hon.  Barbara R. Kapnick,        Justice Presiding,
              Cynthia S. Kern
              Anil C. Singh
              Saliann Scarpulla
              John R. Higgitt,              Justices.

---

People of the State of New York, by Letitia James, Attorney General of the State of New York,

      Petitioner-Respondent,

-against-

VDARE Foundation, Inc.,

      Respondent-Appellant.

Motion No.  **2023-00691**
Index No.   453196/22
Case No.    2023-00672

---

An appeal having been taken to this Court from an order of the Supreme Court, New York County, entered on or about January 23, 2023,

And respondent-appellant having moved to stay enforcement of the aforesaid order pending the hearing and determination of the appeal taken therefrom,

Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon,

It is ordered that the motion is denied. The interim relief granted by order of a Justice of this Court, dated February 08, 2023 is hereby vacated.

ENTERED: March 09, 2023

Susanna Molina Rojas
Clerk of the Court