

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CHARITIES BUREAU

212.416.8990
Alexander.Mendelson@ag.ny.gov

May 9, 2023

**Via Electronic Filing**

Hon. Frederick J. Scullin, Jr.
Senior U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, New York 13261-7255

      Re:    *VDARE Foundation, Inc.* v. *James*, No. 22-cv-1337

Dear Judge Scullin:

    I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York, which represents Defendant Letitia James in the above-referenced action.

    I write to inform the Court that Yael Fuchs, who entered an appearance on December 22, 2022 as counsel for Defendant (D.E. 6) has left the Office of the Attorney General. I therefore respectfully request that Your Honor direct the Clerk of Court to remove Ms. Fuchs as counsel to Attorney General James and to remove Ms. Fuchs name and email address from the Court's ECF/CM notification list.

    Richard Sawyer and I will continue to serve as counsel to Attorney General James, and all future correspondence and papers in this action should continue to be directed to us.

    Thank you for your consideration of this matter.

                                Respectfully submitted,

                                */s/ Alexander Mendelson*
                                Alexander Mendelson
                                Assistant Attorney General

cc:    Counsel of Record (via ECF)