UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VDARE FOUNDATION, INC.,<br><br>Plaintiff,<br><br>- vs -<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York,<br><br>Defendant. | Civil Action No. 22-cv-1337 (FJS/CFH)<br><br>**NOTICE OF MOTION FOR INJUNCTION PENDING APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiff, VDARE Foundation, Inc., moves this Court for an Order under Rule 62 of the Federal Rules of Civil Procedure and Rule 8 of the Federal Rules of Appellate Procedure enjoining enforcement of Defendant's subpoena, made subject of this suit, pending appeal to the United States Court of Appeals for the Second Circuit, as well as any further relief this Court may deem just and proper. The basis for this request is set forth in the accompanying memorandum of law and exhibits thereto.

Oral argument is requested at this time.

Dated: August 24, 2023.

/s/ Jay M. Wolman

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
*Office Address:*
43-10 Crescent Street, Ste. 1217
Long Island City, NY 11101
*Mailing Address:*
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 888-887-1776
Email: jmw@randazza.com

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: 888-887-1776
Email: ecf@randazza.com

*Attorneys for Plaintiff,*
*VDARE FOUNDATION, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Jay M. Wolman
Jay M. Wolman