UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| VDARE FOUNDATION, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 22-cv-1337 (FJS/CFH) |
| - vs - | : | |
| | : | |
| LETITIA JAMES, in her official capacity as Attorney General of the State of New York, | : | **NOTICE OF APPEAL** |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that Plaintiff, VDARE Foundation, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment in a Civil Case entered on September 13, 2023 (ECF No. 60) and from the Memorandum-Decision and Order entered in the above-captioned action on September 13, 2023 (ECF No. 59).

Dated: October 13, 2023.

/s/ Jay M. Wolman
Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
*Office Address:*
43-10 Crescent Street, Ste. 1217
Long Island City, NY 11101
*Mailing Address:*
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel:  888-887-1776
ecf@randazza.com

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: 888-887-1776
ecf@randazza.com

*Attorneys for Plaintiff,*
*VDARE FOUNDATION, INC.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ Jay M. Wolman
Jay M. Wolman